1  Anthony N. DeMaria, # 177894                    (SPACE BELOW FOR FILING STAMP ONLY)
   Kurt C. Wendlenner, # 238434
2  McCormick, Barstow, Sheppard
   Wayte & Carruth LLP
3  5 River Park Place East
   Fresno, CA  93720-1501
4  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
5
   Attorneys for Defendants
6  MERCED UNION HIGH SCHOOL DISTRICT;
   KELLY J. BENTZ; SYLVIA SMITH; KUJIIT MALHI;
7  LINDA LUCAS; PAUL SHIRLOCK; RALPH
   CALDERON; ROBERT FORE; BRIAN BALLENGER;
8  JORDAN BELL; and ANDY MILLER

9                       UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

11

12 | ARMANDO SANDOVAL, a minor, by       | Case No.  1:06 CV 00066 REC DLB
   | JOSE SANDOVAL, guardian,
13 |                                     | **STIPULATION TO CONTINUE HEARING
   |           Plaintiffs,               | DATE AND ORDER THEREON**
14 |
   |       v.
15 |
   | MERCED UNION HIGH SCHOOL
16 | DISTRICT; KELLY J. BENTZ; SYLVIA
   | SMITH; KUJIIT MALHI; LINDA
17 | LUCAS; PAUL SHIRLOCK; RALPH
   | CALDERON; ROBERT FORE; BRIAN
18 | BALLENGER; JORDAN BELL; ANDY
   | MILLER,
19 |
   |           Defendants.
20

21

22         COMES NOW Plaintiff, ARMANDO SANDOVAL, a minor, by JOSE

23  SANDOVAL, guardian, by and through his attorney, Daniel Ray Bacon, and Defendants,

24  MERCED UNION HIGH SCHOOL DISTRICT, KELLY J. BENTZ, SYLVIA SMITH, KUJIIT

25  MALHI, LINDA LUCAS, PAUL SHIRLOCK, RALPH CALDERON, ROBERT FORE, BRIAN

26  BALLENGER, JORDAN BELL, and ANDY MILLER (hereinafter "Defendants"), by and

27  through their attorney, Anthony N. DeMaria of McCormick, Barstow, Sheppard, Wayte &

28  Carruth, LLP, and hereby stipulate to the following:

PDF created with pdfFactory trial version www.pdffactory.com

1.    That the hearing date for Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(6) in the above matter be continued to April 24, 2006, at 1:30 p.m., to be held in Courtroom 1 of the United States District Court for the Eastern District of California.

2.    That Defendants' Reply Brief is premised upon the new hearing date of April 24, 2006.

IT IS SO STIPULATED.

Dated: March 30, 2006                              McCORMICK, BARSTOW, SHEPPARD
                                                                      WAYTE & CARRUTH LLP


By:    s/ Kurt C. Wendlenner
        Anthony N. DeMaria
        Kurt C. Wendlenner
      Attorneys for Defendants
MERCED UNION HIGH SCHOOL
DISTRICT; KELLY J. BENTZ; SYLVIA
SMITH; KUJIIT MALHI; LINDA LUCAS;
PAUL SHIRLOCK; RALPH CALDERON;
ROBERT FORE; BRIAN BALLENGER;
JORDAN BELL; and ANDY MILLER

Dated: March 30, 2006


By:    s/ Aaron S. Gorfein
        Daniel Ray Bacon
        Aaron S. Gorfein
Attorneys for Plaintiff ARMANDO
SANDOVAL, a minor, by JOSE
SANDOVAL, guardian

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

2

STIPULATION TO CONTINUE HEARING DATE AND ORDER THEREON – 06 CV-00066

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS HEREBY ORDERED that the hearing date for Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(6) in the above matter will be held on April 24, 2006, at 1:30 p.m., in Courtroom 1 of the United States District Court for the Eastern District of California, and that Defendants' Reply Brief will be premised upon this new hearing date.

Dated: __April 3, 2006___

By:ROBERT E. COYLE
    HONORABLE ROBERT E. COYLE

99910/00108-929869.v1

PDF created with pdfFactory trial version www.pdffactory.com