Anthony N. DeMaria, # 177894
Kurt C. Wendlenner, # 238434
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
MERCED UNION HIGH SCHOOL DISTRICT;
KELLY J. BENTZ; SYLVIA SMITH; KUJIIT MALHI;
LINDA LUCAS; PAUL SHIRLOCK; RALPH
CALDERON; ROBERT FORE; BRIAN BALLENGER;
JORDAN BELL; and ANDY MILLER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| ARMANDO SANDOVAL, a minor, by JOSE SANDOVAL, guardian,<br><br>Plaintiffs,<br><br>v.<br><br>MERCED UNION HIGH SCHOOL DISTRICT; KELLY J. BENTZ; SYLVIA SMITH; KUJIIT MALHI; LINDA LUCAS; PAUL SHIRLOCK; RALPH CALDERON; ROBERT FORE; BRIAN BALLENGER; JORDAN BELL; ANDY MILLER,<br><br>Defendants. | Case No.  1:06 CV 00066 REC DLB<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS MERCED UNION HIGH SCHOOL DISTRICT; KELLY J. BENTZ; SYLVIA SMITH; KUJIIT MALHI; LINDA LUCAS; PAUL SHIRLOCK; RALPH CALDERON; ROBERT FORE; BRIAN BALLENGER; JORDAN BELL; and ANDY MILLER TO RESPOND TO FIRST AMENDED COMPLAINT** |

The Court, having considered the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that:

Defendants MERCED UNION HIGH SCHOOL DISTRICT; KELLY J. BENTZ; SYLVIA SMITH; KUJIIT MALHI; LINDA LUCAS; PAUL SHIRLOCK; RALPH CALDERON; ROBERT FORE; BRIAN BALLENGER; JORDAN BELL; and ANDY MILLER shall have up to and including June 23, 2006 to respond to Plaintiff ARMANDO SANDOVAL, a minor, by and through his guardian, JOSE SANDOVAL'S, Complaint, filed in the United States

PDF created with pdfFactory trial version www.pdffactory.com

1  District Court, Eastern District of California.

2  Dated: June __23_, 2006

3

4                                          By: _/s/ OLIVER W. WANGER___
                                               Oliver W. Wanger
5                                               Judge of the United States District Court

6
7  78046/00026-981339.v1

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

2

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com