IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO SANDOVAL, et al., | CASE NO. CV F 06-0066 LJO DLB |
| Plaintiffs, | **ORDER TO CLOSE ACTION** |
| vs. | |
| KELLY J. BENTZ, et al., | |
| Defendants. | |

This Court DIRECTS the clerk to administratively close this action.

IT IS SO ORDERED.

**Dated:   June 18, 2007**                         **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE

1